MAY 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAMON REYES,<br><br>    Petitioner,<br><br>v.<br><br>LARRY E. SCRIBNER, Warden,<br><br>    Respondent. | No. CV 06-7958-ODW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5-12-08

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE